C. H. LEACH COMPANY, Appellant, *v.* AMERICAN LOCOMOTIVE COMPANY et al., Respondents.

Argued March 10, 1938; decided April 13, 1938.

*William O. Robertson* for appellant.
*C. Dickerman Williams* for respondents.

Order affirmed, with costs, and question certified answered in the negative. No opinion.

Concur: LEHMAN, O'BRIEN, LOUGHRAN and FINCH, JJ. Dissenting: HUBBS and RIPPEY, JJ. Taking no part: CRANE, Ch. J.